THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Hailey Prescott,       
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-039
Submitted November 20, 2002  Filed 
 January 15, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for respondent.
 
 
 

 PER CURIAM:  Hailey Prescott was 
 convicted of ill-treatment of an animal. Prescott was sentenced to four years 
 imprisonment, suspended on the service of one year imprisonment and one year 
 probation.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Prescotts 
 counsel attached a petition to be relieved.  Prescott filed a pro se 
 response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Prescotts appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
CONNOR, STILWELL, and HOWARD, JJ., concur.

 
 
 [1] Because oral argument would not aid the Court in resolving 
 any issue on appeal, we decide this case without oral argument pursuant to 
 Rule 215 and 220(b)(2), SCACR.